**Order entered January 22, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01207-CV

**LORENA GOMEZ DE GONZALEZ BARRERA A/K/A LORENA TASSINARI GONZALEZ BARRERA, Appellant**

**V.**

**EDUARDO LIVAS-CANTU, JUAN ANTONIO QUIROGA-GARCIA, JUAN GONZALEZ MORENO, GRUPO FINANCIERO BANORTE SAB DE CV, DOING BUSINESS AS INTER NATIONAL BANK IN THE STATE OF TEXAS., Appellees**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-02808-1**

## ORDER

Before the Court is appellant's January 16, 2020 first motion to extend time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 18, 2020.

/s/    ERIN A. NOWELL
       JUSTICE